**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| ONE SIXTY OVER NINETY, LLC | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 3:17-cv-00147-CDL |
| OLOGIE, LLC | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

Upon consideration of the Motion to File Under Seal, and for good cause shown, the

Motion is hereby GRANTED. The Court hereby ORDERS that Plaintiff's Reply Brief in

Support of Motion for Summary Judgment be filed under seal, meaning that access will be

restricted to counsel for the parties and court personnel. Plaintiff shall file a redacted version of

this document with no restricted access within 7 days of this Order.

This 15th day of  July , 2019.

        S/Clay D. Land
        Clay D. Land
        Chief United States District Judge